[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 14, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13639
Non-Argument Calendar

_____

D. C. Docket No. 99-00038-CR-1-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(February 14, 2007)**

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Stephen N. Bernstein, appointed counsel for Willie Jones, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's revocation of supervised release and sentence are **AFFIRMED**.